No. 81–396. LEE STOLLER ENTERPRISES, INC., ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 81–398. RIEGLE, UNITED STATES SENATOR *v.* FEDERAL OPEN MARKET COMMITTEE ET AL. C. A. D. C. Cir. Certiorari denied. ▮

No. 81–400. JUANES ET AL. *v.* SOUTHWESTERN PUBLIC SERVICE CO. ET AL.; and
No. 81–609. NEW YORK UNDERWRITERS INSURANCE CO. *v.* JUANES ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 645 F. 2d 67.

No. 81–402. SOLTERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 81–425. FRANCIS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 81–438. BASIC BIBLE CHURCH OF AMERICA, CHAPTER 8035 *v.* COUNTY OF HENNEPIN. Sup. Ct. Minn. Certiorari denied.

No. 81–447. CITY OF WICHITA FALLS, TEXAS, ET AL. *v.* STONE. C. A. 5th Cir. Certiorari denied. ▮

No. 81–472. PRINCE GEORGE'S COUNTY, MARYLAND *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. ▮

No. 81–473. BILLINGSLY *v.* VANCE ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 81–481. BURNAMAN *v.* SINGLETON. Ct. Civ. App. Tex., 9th Sup. Jud. Dist. Certiorari denied.

No. 81–490. HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮